

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:12-MJ-116 |
| | § | |
| MARCO A. FLORES | § | |

## CRIMINAL COMPLAINT

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about June 15, 2011, **Marco A. Flores,** knowingly possessed matter, specifically a Western Digital Hard Drive, SN WD - WMAM9DV55311, that contained visual depictions of minors engaged in sexually explicit conduct that was produced using materials that had been mailed, transported, and shipped in interstate and foreign commerce in violation of 18 U.S.C.§ 2252(a)(4)(B).

I further state I am a Special Agent with U.S. Immigration and Customs Enforcement and that this complaint is based on the following facts gathered through interviews and reports relayed to me by Detective Randy Watkins with the Fort Worth Police Department and through my own investigation:

### INTRODUCTION

1.  I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed with ICE since April 2007. As part

Criminal Complaint - Page 1

of my duties as an ICE agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A. I have experience conducting criminal investigations concerning internet crimes against children and training in undercover online internet investigations. This affidavit is based upon my personal investigation and on information obtained from other law enforcement officers assisting with this investigation.

## PROBABLE CAUSE

2. On March 29, 2012, I received information through Officer R.D. Watkins with Fort Worth Police Department (FWPD) that establishes probable cause to believe **Marco Flores** knowingly possessed matter, specifically a Western Digital Hard Drive, SN WD-WMAM9DV55311, that contained visual depictions of minors engaged in sexually explicit conduct and that was produced using materials that had been mailed, transported, and shipped in interstate and foreign commerce in violation of 18 U.S.C.§ 2252(a)(4)(B). The reports and my interview of Officer R.D. Watkins revealed the following information:

3. On May 12, 2011, while acting in an undercover capacity and using a computer connected to the Internet, Officer Watkins of the FWPD Crimes Against Children Unit launched a publicly available file-sharing program.

**Criminal Complaint - Page 2**

4. While using the file-sharing program, Officer Watkins connected to a computer on the Gnutella network using IP address 173.74.25.181 and received a list of files to download. Officer Watkins then downloaded three video files and four still images that he described as appearing to be child pornography.

5. Officer Watkins was able to determine that the IP address assigned to 173.74.25.181 on May 12, 2011 at 12:58:36 GMT, returned to Marcos Flores, xxxx Whitley Road, Keller, Texas, which is located in the Fort Worth Division of the Northern District of Texas. Officer Watkins determined, using publicly available databases, that two other individuals appeared to also live at the home, a female and an individual named **Marco Flores**.

6. On June 15, 2011, Officer Watkins executed a search warrant at the Flores' residence. At that time, FWPD seized several computers, including a Dell Dimension computer containing a Western Digital Hard Drive, SN WD WMAM9DV55311. Officer Watkins also interviewed **Marco Flores**, the son of Marcos Flores. **Marco Flores** initially admitted to using file-sharing software but denied involvement with child pornography.

8. On or about February 3, 2012, Officer Watkins reviewed the forensically imaged evidence associated with the seizure of evidence and identified files of child pornography on the previously described Western Digital hard drive, to include the files that he had

**Criminal Complaint - Page 3**

downloaded in May 2011. On March 27, 2012, Officer Watkins interviewed **Marco Flores**, who admitted possessing child pornography.

9. I viewed images downloaded by Officer Watkins that were also found on the Western Digital Hard Drive of the seized Dell Dimension computer and believe they are visual depictions of real minors engaged in sexually explicit conduct. Two of those images are described as follows:

| File Name | File Description |
|---|---|
| daisy-019-050 - 12 yr old underage child daughter childsex childlover ptsc pthc lsm lsn pedo cum ass pussy hussyfan mafiasex r@ygold sandra lolita preteen model bd ls (1)(2)(1).jpg | Still image of a nude minor female approximately 11 to 13 years old lying on the ground with her legs spread apart to show her genital area. The minor is wearing purple gloves and has a purple sash tied around her stomach area |
| Mossi - 11yo sex & rape - PTHC Hussyfan Kingpass].mpg | Video depicting a minor female approximately 8 to 10 years old performing oral-to-genital and sexual intercourse with an adult male |

10. The Western Digital Drive reflects that it was produced in Malaysia and therefore is matter that was mailed, shipped and transported in interstate and foreign commerce.

[no further text on this page]

## CONCLUSION

11. Based upon the foregoing facts and circumstances, I believe probable cause exists to find that **Marco Flores** has knowingly committed a violation of 18 U.S.C.§ 2252(a)(4)(B), possession of visual depictions of a minor engaged in sexually explicit conduct.

_____
Jason Prashnkar
Special Agent
Department of Homeland Security, Immigration
and Customs Enforcement

Sworn to before me and subscribed in my presence this **29th** day of March 2012, at **3:16** p.m. in Fort Worth, Texas.

_____
JEFFREY L. CURETON
United States Magistrate Judge

Criminal Complaint - Page 5