UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:12-MJ-116-Y |
| | § | |
| MARCO A. FLORES (1) | § | |

## JOINT MOTION TO EXTEND TIME TO INDICT

The Defendant, MARCO A. FLORES (1), by his counsel, Christopher A. Curtis, Assistant Federal Public Defender, and the government hereby file this Joint Motion to extend the Time to Indict, and show the Court the following:

1. The defendant was taken into Federal Custody on March 29, 2012, and a federal criminal complaint was filed that same day in the above-styled case, charging the offense of possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B).

2. Under the Speedy Trial Act, 18 U.S.C. § 3161(b), an indictment must be returned on the instant charge "within 30 days from the date on which such [defendant] was arrested or served with a summons in connection with such charges."

3. The parties request an extension of this date until May 30, 2012. This could be an extension of 30 days for the time limit to return an indictment.

4. The reason for this requested extension is that the defense is in the process of reviewing the discovery by the government, and the parties are in the process of plea

Motion to Continue – Page 1

negotiations.  The granting of this requested extension would assist in the disposition of this case

without a jury trial.  The parties believe that such an extension would serve the ends of justice

and would outweigh the public's interest in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).  The

parties submit that this request is not made for the purpose to unduly delay the proceedings, but

rather to assure that justice is achieved.

WHEREFORE, the defendant respectfully requests that the court continue the deadline to

return an indictment in this matter for at least 30 days.

Respectfully submitted,

RICHARD A. ANDERSON
Federal Public Defender

BY:

CHRISTOPHER A. CURTIS
TX Bar No. 05270900
Asst. Federal Public Defender
819 Taylor Street, Room 9A10
Fort Worth, TX  76102-6114
817/978-2753
Attorney for Defendant
Marco A. Flores

SARAH SALDANA
United States Attorney

By:

AISHA SALEEM
TX Bar. No. 00786218
Assistant U.S. Attorney
801 Cherry Street, Suite 1700
Fort Worth, Tx. 76102
817/252-5200

## CERTIFICATE OF CONFERENCE

I, hereby certify that I, Christopher A. Curtis, attorney for defendant, did confer with Aisha Saleem the Assistant United States Attorney assigned to this matter, and she does not oppose, and in fact joins, the defendant's request to continue the deadline for the return of indictment.

_____
CHRISTOPHER A. CURTIS

## CERTIFICATE OF SERVICE

I, Christopher A. Curtis, hereby certify that on April 18th, 2012, a copy of the forgoing motion was hand delivered to Aisha Saleem at the office for the United States Attorney, 801 Cherry Street, Suite 1700, Fort Worth, Texas 76102.

_____
CHRISTOPHER A. CURTIS

## CONCURRENCE OF DEFENDANT

I, Marco A. Flores, defendant, having been informed of my right to be indicted within 30 days of my arrest, and the filing of the criminal complaint, and having consulted with my attorney, hereby knowingly and voluntarily waive my right to be indicted within 30 days of my arrest and the filing of the criminal complaint, and join in this motion and request the court grant the extension of the 30 day time limit for the return of the indictment, pursuant to 18 U.S.C. § 3161.

_____          _____
Marco A. Fores                                           Christopher A. Curtis
Defendant                                                   Attorney for Defendant

Signed this 10 day of April, 2012

Motion to Continue – Page 3